IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re:

RAJ SINGH,

      Debtor.
_____/

RAJ SINGH,

      Appellant,

  vs.

KAREN SINGH; STEPHEN LIPWORTH;
FRANCHISE TAX BOARD; EMPLOYMENT
DEVELOPMENT DEPARTMENT,

      Appellees.
_____/

No. Misc. S-12-0021 MCE EFB

BAP No. EC-11-1700

ORDER

On April 3, 2012, the United States Bankruptcy Appellate Panel of the Ninth Circuit transferred appellant Raj Singh's application to proceed *in forma pauperis* ("IFP") to this court "for the limited purpose of ruling on the IFP motion." Dckt. No. 1 at 2. Appellant requests authority pursuant to 28 U.S.C. § 1915 to proceed IFP, and has submitted the affidavit required thereunder which demonstrates that plaintiff is unable to prepay fees and costs or give security thereof. Dckt. No. 2. Accordingly, the request to proceed IFP is granted. 28 U.S.C. § 1915(a).

1

1 Because there is nothing further for this court to do, the Clerk is directed to close this
2 miscellaneous case.
3     SO ORDERED.
4 DATED: April 11, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE